NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ramon Olivas, | No. CV-16-02065-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Unlimited Baking Ingredients Incorporated, *et al.*, | |
| Defendants. | |

Pursuant to this Court's Order of August 1, 2017 (Doc. 40),

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 7th day of September, 2017.

Honorable John J. Tuchi
United States District Judge